1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GEORGE AVALOS,                              No.  1:20-cv-01602-NONE-SKO

12                    Plaintiff,

13         v.                                      ORDER DIRECTING THE CLERK TO
                                                   TERMINATE DEFENDANTS BALJIT
14    BALJIT SINGH SIDHU, NAVJEET                  SINGH SIDHU AND NAVJEET SINGH
      SINGH CAHAL, and KAMALJIT BRAR,             CAHAL
15
                                                   (Doc. 19)
16                    Defendants.

17

18
            On February 12, 2021, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice as
19
      to Baljit Singh Sidhu and Navjeet Singh Cahal Only, pursuant to Federal Rule of Civil Procedure
20
      41(a)(1)(A).  (Doc. 19.)
21
            In relevant part, Rule 41(a)(1)(A) provides as follows:
22

23         [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of
           dismissal before the opposing party serves either an answer or a motion for
24         summary judgment; or (ii) a stipulation of dismissal signed by all parties who have
           appeared.
25

26    Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

27    all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

28    action as to the defendants who are the subjects of the notice."  *Wilson v. City of San Jose*, 111

1  F.3d 688, 692 (9th Cir. 1997).

2  Plaintiff filed its notice before Defendants Baljit Singh Sidhu and Navjeet Singh Cahal

3  served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily

4  dismissed Baljit Singh Sidhu and Navjeet Singh Cahal without prejudice and this case has

5  automatically terminated as to those defendants.  Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the

6  Clerk of the Court is directed to TERMINATE Defendants Baljit Singh Sidhu and Navjeet Singh

7  Cahal.

8  This case shall remain OPEN pending resolution of Plaintiff's case against the remaining

9  defendant.

10

11 IT IS SO ORDERED.

12 Dated:   **February 16, 2021**                          /s/ *Sheila K. Oberto*

13                                                  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2