# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>   Plaintiff,<br><br>   v.<br><br>BALJIT SINGH SIDHU, NAVJEET SINGH CAHAL, and KAMALJIT BRAR,<br><br>   Defendants. | Case No. 1:20-cv-01602-NONE-SKO<br><br>ORDER REQUIRING PLAINTIFF'S COUNSEL TO ADDRESS THE NOTICES OF PLAINTIFF'S DEATH FILED IN OTHER ACTIONS BEFORE THIS COURT |

On November 13, 2020, Plaintiff George Avalos ("Plaintiff") filed a complaint against Defendants pursuant to the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*, and the California Unruh Act, California Civil Code § 51 *et seq.* (Doc. 1 (the "Complaint").) On February 17, 2021, Plaintiff filed a motion for default judgment against Defendant Kamaljit Brar.[1] (Doc. 21.) On May 17, 2021, the undersigned issued findings and recommendations that Plaintiff's motion for default judgment be granted in part. (Doc. 23.) No objections were filed within the twenty-one-day period to do so.

On July 29, 2021, counsel for Plaintiff filed notices in other actions brought by Plaintiff suggesting the death of Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1). *See, e.g.*,

---

[1] Plaintiff voluntarily dismissed Defendants Baljit Singh Sidhu and Navjeet Singh Cahal from the case on February 16, 2021. (Doc. 19.)

*Avalos v. FarEast, Inc.*, No. 1:21-cv-00993-DAD-SKO, Doc. 9; *Avalos v. HPC Blackstone Investors, LP*, No. 1:20-cv-01385-DAD-SKO, Doc. 62. No such notice has been filed in this action.

Accordingly, **by no later than August 17, 2021,** Plaintiff's counsel is hereby ORDERED to file either (1) a statement noting the death of Plaintiff upon the record; (2) a statement informing the Court why such notice is not required in the instant action; or (3) a notice of voluntary dismissal. Failure to comply with this order will result in a recommendation to the presiding district court judge that this action be dismissed in its entirety.

IT IS SO ORDERED.

Dated:   **August 13, 2021**                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE