UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>          Plaintiff,<br><br>     v.<br><br>KAMALJIT BRAR, et al.,<br><br>          Defendants. | No.  1:20-cv-01602-NONE-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE<br><br>(Doc. 27) |

On August 17, 2021, Plaintiff filed a notice of voluntary dismissal, notifying the Court of the dismissal of this action without prejudice. (Doc. 27.) Plaintiff filed this notice before any of the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to assign a district judge to this matter and thereafter close this case.

IT IS SO ORDERED.

Dated:  **August 18, 2021**               /s/ *Sheila K. Oberto*               
                                            UNITED STATES MAGISTRATE JUDGE